# DOCUMENTS TO BE SEALED

## PLAINTIFF

-V-

## DEFENDANT

DOCKET NUMBER: 19 CV 6660

DATE FILED: JUL 17 2019

SIGNED BY: JUDGE SWAIN

DATE SIGNED: JUL 17 2019

TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

____ COMPLAINT / PETITION ONLY

__X__ OTHER DOCUMENTS / EXHIBITS

FILED
U.S. DISTRICT COURT
2019 JUL 17 PM 1:31
S.D. OF N.Y.