```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOHN DOE #1, et al.,                                        :
                                    Plaintiffs,             :
                                                            :    19 Civ. 6660 (LGS)
            -against-                                       :
                                                            :              ORDER
THE COLLEGE BOARD,                                          :
                                    Defendant.              :
                                                            :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, for the reasons stated on the record at the July 18, 2019, hearing, it is hereby

**ORDERED** that Plaintiff's motion for a temporary restraining order and preliminary injunction is DENIED.

**ORDERED** that by **July 22, 2019**, Plaintiffs shall file a letter on ECF stating whether they consent to arbitration. In the event they do not consent, Plaintiffs shall propose a briefing schedule (preferably on consent) for Defendants' motion to compel arbitration. In the event the parties cannot agree on a schedule, Plaintiffs shall report the parties respective proposed dates.

Dated: July 18, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**