**SAT TERMS AND CONDITIONS**
General

- By registering for the SAT®, you're certifying that you are the person whose personal information is being provided for this registration and that the information you are providing is accurate. Giving false or misleading information about yourself, such as name, address, date of birth, current grade level, expected graduation date, name of high school, or photo, can result in an investigation, cancellation of scores, and a testing ban for College Board assessments, and such other actions as the College Board, in its sole discretion, deems appropriate. We reserve the right to cancel scores from College Board test administrations that occurred prior to the test administration at issue.
- When someone registers for you, we will interpret that as you giving them permission to do so, and to agree to the testing polices and guidelines on your behalf.
- If you register for the test by paper and do not sign the paper registration form, by sending in your form along with payment, you are indicating your agreement with the SAT policies and guidelines located in this booklet.
- If your school participates in an SAT School Day administration and/or bulk registration process for the test, the College Board may receive your personal information, including first name, last name, sex, date of birth, and mailing address, from your school. This information will be kept secure and added to your permanent College Board record to be used for score reporting purposes as well as the other purposes outlined in *The SAT and SAT Subject Tests™ Student Registration Booklet* and registration materials. By taking the SAT and signing the SAT answer sheet, you acknowledge that your school has provided this information to the College Board and consent to the College Board retaining it.
- Creating fake or multiple College Board student accounts, intentionally or inadvertently, is strictly prohibited and can result in an investigation the merging of relevant records and penalties that may include score cancellation or being banned from taking College Board assessments, including AP and SAT Subject Tests.
- If you want to cancel your scores, your request must be received by the fourth weekday after a test administration. Once you submit your request to cancel scores, your scores cannot be reinstated and are not reported to you or your designated institutions.
- Each time you test, you can choose the colleges or scholarship programs you want to send your scores to. The first four score sends are included with your test registration fee. If you're undecided about where to send your scores, you can add or change your score recipients online. Corrections and additions to your score report recipients can be made online until nine days after the test. The four score-sending requests included with registration cannot be applied to past or future score-sending requests or registrations.
- When you send scores as part of your test registration, all of your scores from previous administrations will be sent. You can change this default through your online account.
- For additional score report requests, only score reports from completed and scored tests are sent to your colleges and scholarship programs. Scores from tests you registered for but haven't yet completed are not included. You can send all your scores to an institution, or you can choose which scores to send an institution by test date for the SAT and by individual test taken for SAT Subject Tests. Score Choice™ is optional; if you decide not to use it when sending scores, the College Board will send all of your scores to the recipient institutions.
- Most, but not all, scores will be reported online and available by phone two to three weeks after the test date. Your score report will be delivered to the high school, colleges, universities, and scholarship programs you indicated when you registered, and additional score report requests will be delivered within a week of the request. A paper copy of your score report can be requested at the time of registration.
- SAT Program policies are subject to change at any time for test security or other reasons. The SAT Program will attempt to provide adequate prior notice, although circumstances may limit our ability to do so.
- The College Board and the test center will not be responsible for personal property, including

- prohibited items, brought to the test center on test day that becomes lost, stolen, or damaged.
- In certain cases, including where there is unexpected volume in a particular area or for test security reasons, the College Board reserves the right to move test takers to a different location or to a subsequent test administration.
- In the event of a test security–related concern, public health threat, natural disaster, terrorist act, or other unexpected events or circumstances, the College Board may cancel testing for all or a specific group of test takers. When this occurs, the SAT Program will notify test takers in advance if possible. We will communicate test cancellations and, when feasible, alternative test dates for affected test takers.
- To ensure the integrity of the SAT Program, the College Board reserves the right to bar any individual or group of individuals from registering for and/or taking any College Board test.
- If the College Board becomes aware that you or someone else may be in imminent danger, including a determination based on the content of your essay, we reserve the right to contact the appropriate individuals or agencies, including your high school or law enforcement agencies. We might also provide the relevant essay or other content, along with any personal information, to those contacted.
- EXCEPT AS OTHERWISE INDICATED IN THESE TERMS AND CONDITIONS, COLLEGE BOARD AND ITS AGENTS AND CONTRACTORS, SHALL NOT BE LIABLE FOR ANY DAMAGES, INCLUDING CONSEQUENTIAL, DIRECT, INDIRECT, OR PUNITIVE, ARISING FROM OR OTHERWISE RELATED TO, SAT TEST DEVELOPMENT AND ADMINISTRATION, SCORE REPORTING, TEST SECURITY, OR THE FAILURE OF SAT TESTING STAFF, STUDENTS, SCHOOLS OR SCHOOL DISTRICTS TO COMPLY WITH THE COLLEGE BOARD'S POLICIES AND PROCEDURES, WHETHER OR NOT (A) THE CLAIM IS CONTRACT-BASED OR (B) THE COLLEGE BOARD HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.
- Other than disputes involving an "Invalid Scores" review (discussed in the "Invalid Scores" section) or infringement of the College Board's intellectual property rights, all disputes against the College Board and/or any or all of its contractors, that relate in any way to registering for or taking the SAT, including but not limited to requesting or receiving test accommodations, score reporting, and the use of test taker data, shall exclusively be resolved by a single arbitrator through binding, individual arbitration administered by the American Arbitration Association ("AAA"), under the AAA Consumer Arbitration Rules in effect at the time a request for arbitration is filed with the AAA. Copies of the AAA Rules can be located at www.adr.org. Unless the parties mutually agree otherwise, the seat and the place of the arbitration shall be New York, New York.  The parties agree that the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 et seq. governs this provision, and it is the intent of the parties that the FAA shall pre-empt all State laws to the fullest extent permitted by law.  No arbitration may be maintained as a class action, and the arbitrator shall not have the authority to combine or aggregate the disputes of more than one individual, conduct any class proceeding, make any class award, or make an award to any person or entity not a party to the arbitration, without the express written consent of the College Board.  By agreeing to arbitration in accordance with this section, you are waiving your right to have your dispute heard by a judge or jury.  Each party will be responsible for its own fees and expenses incurred in connection with the arbitration, regardless of its outcome.  For purposes of this provision, each College Board contractor is a third-party beneficiary of this section, is entitled to the rights and benefits hereunder, and may enforce the provisions hereof as if it were a party hereto.

- The College Board or its designee may use methods to capture images, video, or audio at any or all test centers to ensure test security. The resulting images or recordings, which may permit the College Board to identify specific individuals, may be collected, stored, reviewed, and used for the purposes of (1) identifying and/or investigating possible SAT test security incidents; (2) collecting evidence in connection with possible SAT test security incidents; and (3) enhancing SAT test security. These images and/or recordings are maintained following the test administration for as long as reasonably necessary for the purposes specified. Thereafter the images and recordings are securely destroyed. The College Board will NOT use or disclose such information except as described above, as requested by law enforcement, and/or as reasonably necessary to protect the rights and property of the College Board or third parties.
- We occasionally pretest new questions to determine if they should be included in a future SAT test form. These questions may appear in any of the test sections, and testing time will be extended by 20 minutes so test takers have time to answer them. They will not be included in computing students' scores. Scored test items and entire test forms may be used in more than one test administration.
- The College Board takes steps to ensure that registration records are properly handled and processed, and that answer sheets are properly handled and scored. In the unlikely event of a problem with shipping or otherwise processing registration materials, answer sheets, or score reports, or with scoring the test, or score reporting, the College Board will correct the error, if possible, schedule a makeup test for impacted test takers, or provide a refund of the test fee. These are the sole remedies for test takers in relation to such issues. The College Board has sole discretion in determining whether to score lost answer sheets that are eventually recovered.

**TEST SECURITY AND FAIRNESS**

The College Board's Test Security and Fairness policies are designed to give every student a fair and equitable opportunity to demonstrate college readiness. They're also designed to prevent anyone from gaining an unfair advantage on SAT tests. When you register to take the SAT or SAT Subject Tests, you acknowledge that you have read, understand, and will comply with our Test Security and Fairness policies as detailed here.

- You must present acceptable photo ID for admission to the test center.
- Allowing someone to impersonate you to take a College Board test, or engaging in impersonation to take a test for someone else, is strictly prohibited.
- Sharing test questions or answers is prohibited at any time unless test content is released as part of a College Board service (such as the Question-and-Answer Service).
- Using phones and certain other electronic devices is prohibited in SAT test centers. Staff at your test center may collect devices such as cell phones and smartwatches before testing begins. If you are observed with such a device after collection occurs, you will be dismissed from testing and your scores will be canceled.
- You are prohibited from accessing secured test materials at any time before or after the test.
- If you exit the building before testing ends, your scores will be canceled.
- While you're taking the test, do not allow anyone to see the test questions or your answers.
- The timing of each test section is strictly scheduled. You cannot skip ahead or go back to a previous test or test section in the test book or answer sheet while taking the SAT or SAT Subject Tests.
- If your essay is not your original and individual work, your entire test score may be canceled.
- You may not consult notes, other people, electronic devices, or any other resources during the test or during breaks.
- Calculators may not be shared, and may only be on your desk during the parts of the SAT and SAT Subject Tests they're approved for.
- If you don't turn in your phone at a site that collects devices, and testing staff discovers you with it at any time, you will be dismissed and your scores will be canceled.

Violation of policies related to test security can result in denial of entry to or immediate dismissal from the

test center, cancellation of your scores, or a limited or permanent ban from future test taking.

**WHO CAN TAKE THE SAT**

You may take the SAT on any of 4–7 weekend administrations if you're taking the test for its intended purposes, including:

- Applying to a college or university undergraduate program.
- Applying for scholarships, financial aid, or other programs that require a college admission test as part of their application process.

If we have reason to believe you're not taking the SAT for its intended purposes, you may be transferred to an administration where the SAT form is disclosed after the test. In addition, the College Board reserves the right to investigate and cancel the SAT registration and/or scores of anyone suspected of attempting to steal and/or share test content.

**PROHIBITED ITEMS**

Prohibited devices and other aids include, but aren't limited to:

- Mobile phones or smartphones (phones will be collected before the test, and returned before dismissal.)
- Audio players (with the exception of CD players used for Language with Listening Tests only) or recorders.
- Tablets, laptops, notebooks, or any other personal computing devices, including wearable technology.
- Separate timers of any type.
- Cameras or any other photographic equipment.
- Smartwatches and any other devices that can be used to record, transmit, receive, or play back audio, photographic, text, or video content.
- Protractors, compasses, rulers.
- Mechanical pencils, highlighters, colored pens, colored pencils.
- Pamphlets or papers of any kind.
- Dictionaries or other books.

**PHONES AND ELECTRONIC DEVICES POLICY**

Devices that can be used to communicate test content or share answers are not allowed in the test center. You may not bring electronics of any kind with you on test day. If, however, you forget to leave a device at home, you'll be instructed to turn off all electronic devices during the test and even during breaks. Be sure to turn off your watch alarm, if you have one. Test centers are serious about security and quiet, so prohibited devices must be turned off and put under your desk.

If your device makes noise (even if collected by the proctor) or you are seen using it at any time, including during breaks, you may be dismissed immediately, your scores can be canceled, and the device may be confiscated and its contents inspected. The College Board is not responsible for loss of or damage to personal items, including electronic devices, while you're in the test center.

Test administration staff are authorized to collect and hold phones and other prohibited electronic devices during the test administration, including during break periods, or to deny admission to anyone in possession of a prohibited electronic device.

**PHOTO REQUIREMENTS FOR REGISTRATION**

To guard against impersonation, when you register for the SAT, whether online or by mail, you must provide an acceptable photo of yourself. Your photo will be added to your registration, will appear on your admission ticket, and will be required for admittance to the test center. Only students in the eighth grade and below at the time of testing are not required to provide photos during registration.

If you have any concerns about the photo requirement, contact Customer Service at least 30 days before your intended test date.

**Choose an Acceptable Photo**

Your photo helps the testing staff ensure that you are the person listed on the admission ticket. If your photo isn't easily recognizable as you, staff won't admit you to the center.

- Make sure the photo:
    - Matches your appearance on test day.
    - Is a head-and-shoulders view with your entire face, both eyes, and hair clearly visible (don't wear sunglasses; head covering is only acceptable if worn for religious purposes and if your entire face and both eyes are visible).
    - Shows only you—no other people are visible.
    - Doesn't cut off part or all of your head.
    - Doesn't show you in profile or three-quarter view.
    - Wasn't taken too close up or from too far away.
    - Isn't blurry or too light.
    - Hasn't been tampered with or digitally altered.

- If you're registering online:
    - Successful upload of your photo only indicates that it meets the technical requirements (correct file type and size). It doesn't mean your photo is acceptable for test day.
    - Digital photos must be in one of these file formats: .jpg, .gif, or .png.
    - If you link to Facebook to add a photo to your registration, the same requirements apply.

SAT TEST TAKER IDENTIFICATION (ID) REQUIREMENTS AND POLICIES
Test center staff will compare the information on your admission ticket and your photo ID, as well as your appearance, with the test center roster to confirm your registration and identity. You will not be admitted to the test center if the information doesn't match (for example if your nickname is on one field but your full name is on another). The staff are not required to hold your seat if you didn't bring acceptable ID.

International students should go to sat.org/international for additional requirements that might apply in their country.

If you have questions about our ID requirements and policies, contact Customer Service at least 30 days before your intended test date.

**Acceptable Photo ID**

Your ID must be a valid (unexpired) photo ID that's government issued or from the school you currently attend. Even if an ID or admission ticket photo got you into a test center before, they may not be acceptable at another time.

Forms of valid photo ID are:
- Government-issued driver's license, driver's permit (with photo), or non-driver ID card.
- Official student ID card from the school you currently attend.
- School IDs from the prior school year are valid through December of the current academic year. For

example, school IDs from 2018-19 can be used through December 31, 2019.
- Government-issued passport.
- Government-issued military or national ID card.
- SAT Student ID Form.

**ID documents must:**

- Be an original (not photocopied).
- Show your full name exactly as it appears on your admission ticket, including the order of the names.
- Show a recent, recognizable photograph that matches your appearance on test day and your admission ticket photo.
- Be in good condition, with legible English language text and a clearly visible photograph.

Circumstances Affecting ID Requirements

- If you're in waitlist status, you must present an acceptable school- or government-issued photo ID that's been issued in the country where you're testing.
- If you're 21 or older, you must present a government-issued photo ID or your passport. Student ID cards are not valid for test takers 21 or older.
- If you're in the 8th grade or below at the time of testing and are testing for Talent Search purposes, a valid Talent Search ID Form is acceptable. In all other cases, you must present an acceptable photo ID.
- International students:
    - If you're testing in Ghana, Nepal, Nigeria, or Pakistan, you must present your passport.
    - If you're testing in India, you must present either your passport or an Aadhar card with your name and photograph.
    - If you're testing in Egypt, Korea, Thailand, or Vietnam, you must present your passport or a valid national ID from the country where you're testing. If you travel to another country to test, you must provide a passport as identification.

**WAITLIST REGISTRATIONS**
- All normal registration requirements apply, including uploading an acceptable photo.
- Asking for waitlist status doesn't guarantee you'll get to take the test on test day.
- Waitlisted students are admitted to the test center on a first-come, first-served basis.
- Waitlisted students are seated after all regularly registered test takers have been admitted and if sufficient test materials, staff, and seating are available.
- If weather or another unexpected condition closes your test center, your waitlist request will be canceled and you'll be notified. You may be able to submit a new waitlist request for another center if there's time. If the waitlist registration period has ended for that date, you'll need to register for a future administration.
- The test center supervisor decides who is admitted to the test center on test day. Those decisions are final.
- You must present an acceptable photo ID from the country where you're testing.
- You must bring your printed waitlist ticket and any extra documentation of your testing situation (such as your SSD eligibility letter).
- Waitlist registrants are not permitted to change their test type on test day, including opting in/out of the SAT Essay.

**SERVICES FOR STUDENTS WITH DISABILITIES (SSD)**

**Applying for Accommodations**

- You must apply for and get College Board approval well in advance of the test date you need the accommodations for.
- Once approved for testing accommodations on College Board tests, you don't need to apply for accommodations again if you take another College Board test, unless your needs have changed.
- If you move to a new school after you've been approved for accommodations, your new school needs to confirm your continued eligibility.
- Students approved for extended time for specific subject areas only (math, for example) will only get those accommodations in the relevant sections or tests.
- Bring your SSD eligibility letter with you on test day to provide documentation if needed.

**Registering with Accommodations**

- If your accommodations are approved, but not in time for your test date, you can:
    - Transfer to a later date.
    - Bring a copy of your SSD eligibility letter, along with your photo ID and admission ticket, to the center. If there are enough materials and space, you may be able to test with your approved accommodations.
    - Take the test without your approved accommodations as long as you have parental permission (if under 18 years of age.) If you feel you didn't do your best, you can cancel your scores immediately after the test, or you can choose not to send your scores to colleges.

**Privacy Policy—Protecting Student Privacy**

When a student takes a College Board test, including the SAT, they can "opt in" to Student Search Service®. If they do, the College Board can provide that student's basic information to eligible colleges and universities, scholarship programs, and certain higher education enrichment opportunities.

We never sell nor share student information with test prep companies, nor are we affiliated with, any test preparation companies. The College Board recommends that students take advantage of our free and low-cost practice tools to help them do their best on test day.

Khan Academy® and the College Board are committed to creating a safe and secure online environment for all students using Official SAT Practice. No information about student work will be shared without students' explicit permission. The College Board and Khan Academy don't share personally identifiable information. Students who connect their Khan Academy and College Board accounts benefit from additional personalization through the use of their actual test results, but this is student driven, can be canceled by students at any time, and doesn't involve the transfer of any personally identifiable information. Visit sat.org/practice to learn more.

**Privacy Policy—Use of Student Information**

The College Board recognizes the importance of protecting your privacy. See collegeboard.org/privacy-policy for complete data privacy information.

During the registration process, we ask students for: name, address, date of birth, gender, or student ID, and address. We may also ask for phone numbers and email addresses, school name, grade level or expected graduation date, ethnicity, and a parent's name, email address, and education level.

Sometimes schools will give us students' personal information to register these students for College Board tests. Schools may share students' names, addresses, dates of birth, and gender, and in certain circumstances information about students to help the College Board determine if they qualify for fee waivers. Students provide any remaining personal information themselves.

We only share student information for the educational purposes listed below (or under court order).
- We report scores to students and their schools, districts, and states to help measure educational progress and support students on their path to college.
- If students request it, we use information to send customized college planning information.
- We use student information to give SAT college application fee waivers to income-eligible students.
- We share a limited amount of personal data with our partners—only what's needed for administering testing services and producing and generating student score reports.
- On our website, we use student information to customize and personalize the content users see, such as important reminders about SAT test dates and college-planning milestones.
- We share deidentified student information with researchers so they can study it for College Board programs and services that help solve education issues.
- If there's an investigation involving validity of a student's test scores, a photo of the student may be sent to institutions that received the scores. Any college given access to the photo must certify that it has admitted the student.
- If requested by government agencies, we will provide student information without receiving a subpoena when the status of the investigation prevents issuance.

You're required to provide your name, the name or code of your high school, and other personal information

during the registration process. The College Board maintains records of the personal information and photo that you provided at the time of registration for each test date, which are used for the photo admission ticket required for test center entry. You can choose to disclose your information for scholarship purposes, Student Search Service, score reporting to institutions other than your high school, and receiving communications from the College Board.

The College Board will disclose scores to a student's parent or guardian if the parent or guardian is able to supply the required authentication information, unless the College Board determines in its sole discretion that its records on the student contain a court order, state statute, or legally binding document relating to matters such as divorce, separation, or custody that restricts the parent's or guardian's access to the student's scores. The College Board will not independently investigate whether a court order, state statute, or legally binding document exists other than in its records; instead, relevant documents and information must be submitted to the College Board. The College Board reserves the right to request additional documents and information in connection with determining whether or not to disclose scores to a parent or guardian.

To request removal of a permanent College Board student record, call Customer Service or write to the College Board, Attention Customer Service.

*Supplemental Privacy Notice*

The College Board is providing this supplemental privacy notice to give individuals in the European Union (EU) this additional information required by the EU General Data Protection Regulation (GDPR). These provisions, together with the statements in the College Board Privacy Notices, explain our practices with regard to processing EU residents' personal data. For the most up to date information please visit https://www.collegeboard.org/privacy-policy/notice-to-eu-residents or contact Customer Service at eucustomerservice@collegeboard.org or (844) 849-3551.

**How We Process Your Personal Data**

The College Board requires certain Personal Information from you in order to provide you with our products and services. Our registration forms indicate which data elements are required for our contracts. If you do not provide these data elements or you provide inaccurate information, this will invalidate your registration.

This Privacy Notice explains the reasons why we collect your Personal Information and how we process it. We collect and process your information based on the lawful basis described below:

- To fulfill a contract with you, such as to provide a College Board test or a test offered by another company on behalf of the College Board.
- We may provide Personal Information to our subcontractors (processors) and other trusted businesses or persons to process it for us, based on our instructions and in compliance with our Privacy Policy and any other appropriate confidentiality and security measures. For example, we use service providers to help process and score our tests.
- To process a payment, to create an account on our website, and for website management.
- With your consent, to send you marketing emails communications or to send your scores to your designated recipients.

We may also process your Personal Information for the purposes of our legitimate interests, provided that such processing shall not outweigh your rights and freedoms. In particular, we may process your Personal Information as needed to:

- Protect you, us, or others from threats (such as security threats or test fraud).
- Improve College Board tests and support College Board research initiatives.
- Comply with the laws that are applicable to us around the world.

- Enable or administer our business, such as for quality control, consolidated reporting, and customer service.
- Manage corporate transactions, such as mergers or acquisitions.
- Understand and improve our business, improve test integrity, and for research purposes.

**Automated Decision Making and Profiling**

The College Board may use automated processes in connection with scoring tests and for similar purposes, as needed to provide the test services that you have requested. All such decisions are subject to human review. We will not make automated decisions about you that may significantly affect you, unless (a) the decision is necessary as part of a contract that we have with you, (b) we have your explicit consent, or (c) we are required by law to use the technology. You can learn more about test scoring by reading the information posted on our website about each of our tests.

In some cases, we use certain elements of personal data for College Board research. For example, we may consider how certain types of test takers (such as nonnative English speakers) respond to specific test questions. Our research initiatives reflect our commitment to fairness and equity in testing, helping to ensure that our tests are accessible and free from bias. They also seek to improve teaching, learning, and assessment. Our research results do not contain any identifiable data and are not used to target or profile individuals. Learn more about College Board research by visiting the Research section on our website: https://research.collegeboard.org/

**Your Rights**

As stated in this Privacy Notice, you always have the right to object to our marketing communications. To opt out of emails, simply click the link labeled unsubscribe at the bottom of any email we send you.

The College Board also respects the rights of EU residents to access, correct, and request erasure or restriction of their Personal Information as required by law. This means:

- You have a right to know whether or not the College Board maintains your Personal Information. If we do have your Personal Information, we will provide you with a copy (subject to the rights of others). If your information is incorrect or incomplete, you have the right to ask us to update it.
- You have the right to object to our processing of your Personal Information.
- You may also ask us to delete or restrict your Personal Information.

To exercise these rights, please contact us via email at eucustomerservice@collegeboard.org or write to us at the U.S. address above, and a member of our customer service team will assist you. Please understand that we may need to verify your identity before we can process your request. Additionally, our ability to delete Personal Information will be limited in those cases where we are required to retain records, such as in connection with score reports and test security processes.

If you believe that we have processed your Personal Information in violation of applicable law, you may file a complaint with the College Board Office of General Counsel or with a supervisory authority.

**Data Retention**

We will retain your Personal Information for as long as the information is needed for the purposes set forth above and for any additional period that may be required or permitted by law. You may request that we delete your Personal Information by contacting us via email at eucustomerservice@collegeboard.org. Unless we are required by law or have a legitimate interest to retain your information, we will delete it within 30

days of your request.

**GROUNDS FOR SCORE CANCELLATION**

The College Board and ETS (the College Board's test administrator) (referred to together in these terms as "we" or "our") reserve the right to dismiss test takers, decline to score any test, and/or cancel any test scores when, in our sole discretion, as applicable, a testing irregularity occurs; there is an apparent discrepancy in the test taker's identification; a test taker is improperly admitted to the test center; a test taker has engaged in misconduct (see Misconduct section below); based on a test taker's testing history the validity of the score is suspect; or the score is deemed invalid for another reason, including, but not limited to, discrepant handwriting, unusual answer patterns, or plagiarism. Pending investigations are kept confidential, but results of completed investigations may be communicated to intended score recipients, including if such investigation indicates attempts to gain an unfair advantage in any way, including but not limited to impersonation, use of prohibited items, or attempts to send/receive test content. College Board and ETS strive to protect the privacy of test takers whose scores are questioned. However, if the test taker publicizes the investigation, the College Board and ETS reserve the right to make details of such investigation public.

When, for any of these reasons, we cancel a test score that has already been reported, we'll notify score recipients that the score was canceled, but we won't disclose the reason for cancellation unless authorized to do so by the test taker, there is suspected impersonation, in certain cases that affect a group of test takers, in certain cases where there is an attempt to gain an unfair advantage, or where required by law.

**Testing Irregularities** Testing irregularities refer to problems or irregular circumstances or events associated with the administration of a test; they may affect an individual or groups of test takers. Such problems include, without limitation, administrative errors (e.g., improper timing, improper seating, accommodations not approved by the College Board, defective materials, and defective equipment), evidence of possible preknowledge of secure test content, and disruptions of test administrations such as natural disasters and other emergencies.

When testing irregularities occur, we may cancel an administration or individual registrations, decline to score all or part of the test, or cancel the test score. We may do this whether or not the affected students caused the testing irregularities, benefited from them, or engaged in misconduct. We are solely responsible for determining whether testing irregularities have occurred, and our decisions are final. When appropriate, we give affected test takers the opportunity to take the test again within a reasonable timeframe, without charge. This is the sole remedy available to test takers as a result of testing irregularities. Students and parents may not review scores from the affected administration before choosing the option of taking a makeup test. See more information about makeup testing below.

**Identification Discrepancies** When there's a discrepancy in a test taker's identification or photograph on the admission ticket, or the photo doesn't meet our requirements, the test taker may be denied admission to or dismissed from the test center; in addition, we may decline to score the test, or immediately cancel the test score. If the photo on your admission ticket doesn't match your ID, you might not be admitted to the test center.

**Misconduct** When, based upon observations during an administration or a review of evidence thereafter, by the College Board, ETS, or testing staff find misconduct in connection with a test, the test taker may be dismissed from the test center, we may decline to score the test or may cancel the test score, and such test taker may be banned from taking future College Board assessments. Repeated infractions during the test may result in dismissal from the test center or score cancellation. Test takers whose scores are canceled due to misconduct will forfeit test and registration fees. Misconduct includes, but is not limited to:

- Taking any test questions or essay topics from the testing room, including through memorization, giving them to anyone else, or discussing them with anyone else through any means, including, but not limited to, email, text messages, or the internet.

- Improperly accessing the test, a part of the test, or information about the test, or the test center.
- Referring to, looking through, or working on any test, or test section in the test book or answer sheet, other than during the testing period for that test or test section.
- Referring to, or looking through, any test or test section while leaving the answer sheet blank.
- Attempting to give or receive assistance, including by copying or through the use of an answer key.
- Discussing or sharing of test content during the test administration, during breaks, or after the test.
- Communicating with other test takers in any form while testing is in session in the testing room.
- Using or accessing any prohibited devices or aids such as, but not limited to, cell phones, smartphones, smartwatches, other oral or written communication devices or wearable technology, cameras, notes and reference books, etc., during or in connection with the test, including during breaks.
- Failing to turn in a cell phone during the test center's collection process.
- Sharing or other misuse of equipment, including using a calculator on a test or test section you're not allowed to use calculators for.
- Consuming food or drink in unauthorized areas.
- Leaving the test room without permission.
- Leaving the building at any time during the test administration, including during breaks.
- Attempting in any manner to remove from the test room any part of a test book or any notes relating to the test.
- Attempting to take the test for someone else or attempting to have someone else impersonate you to take the test.
- Disturbing others or refusing to follow instructions given by test center staff.
- Refusing to follow any of the test administration regulations in *The SAT and SAT Subject Tests Student Registration Booklet*, in other registration materials, or given by the testing staff.

**Testing History** Based on a test taker's testing history, their scores may be cancelled without applying procedures normally used for students as explained in the Invalid Scores section. College Board reserves the right to report a test taker's testing history to institutions that inquire as part of a test security investigation.

**Invalid Scores** We may also cancel scores if there is substantial evidence that they're invalid for any other reason. Evidence of invalid scores may include, without limitation, plagiarism, discrepant handwriting, unusual answer patterns, text similar to that in other essays, paraphrasing of text from published sources, and essays that aren't independent compositions.

Before canceling scores under this Invalid Scores section, we notify the test taker in writing (via email if possible) about our concerns, let the test taker submit information addressing them, and consider any information submitted. If substantial evidence still exists that the scores aren't valid, we offer the test taker options that may include voluntary score cancellation, a free retest under closely monitored conditions, or arbitration in accordance with ETS's standard Arbitration Agreement. When notifying the test taker we send a copy of the booklet *Why and How Educational Testing Service Questions Test Scores*, which explains this process in greater detail. (Any test taker may request a copy of this booklet at any time.) Notification of the concern may be made via email if an email address is available.

If at any time before, during, or after a review of questionable scores we find that test misconduct has occurred, we may treat the matter under our misconduct procedures; in that case, the options just described under this Invalid Scores section or in the Testing Irregularities section, as applicable, will not be available, even if those options were previously offered.  We have sole discretion in determining whether to treat potential testing violation under this section or the "Misconduct" section above.

The retest option is available only for tests administered in the United States and Canada. The arbitration option is available only for tests administered in the United States and U.S. territories.

**Suspected Impersonation**

In cases where we believe that someone other than the registered test taker took the test for the registered test taker, and in other cases where required or permitted by law, we may refer the matter to law enforcement and inform the registered test taker's parent(s), legal guardian(s), high school, and colleges and other institutions the registered test taker requested scores be sent to. The registered test taker specifically acknowledges, and agrees to, such disclosure.

**Reporting Misconduct or Suspicious Behavior**
We encourage you to report any suspected violation of Test Security and Fairness policies, or any security issues, as soon as possible to **testsecurity@info.collegeboard.org**.

## REPORTING VIOLATIONS

If we find that you have gained or attempted to gain or share an unfair advantage on any College Board test, we reserve the right to share this information with your high school, any other score recipients, law enforcement, and any other government agencies in the U.S. or abroad. You agree to promptly report any suspected violations to us.

## MAKEUP TESTING

During bad weather, natural disasters, power outages, or other unusual conditions, test centers may be closed. Check **sat.org/test-center-closings** for test center closings on Friday night and Saturday morning before you go to the test center. Information about makeup testing is posted as it's available. If a makeup date has been confirmed, that information is included.

The following policies apply to makeup testing:

- The availability of makeup testing and the conditions that make test takers eligible to take a makeup test are at the sole discretion of the College Board.
- You may only take tests that you registered to take on the original date. During check-in only, you may be able to change your SAT Essay option, if the testing staff can accommodate this request.
- Waitlist registrants are not eligible to take a makeup test.
- Sunday testing is offered for religious reasons only, not for makeup testing.
- Access to scores from makeup administrations may be delayed by several weeks.
- The Question-and-Answer Service (QAS) isn't offered for makeup tests, even if it was available for the original test date.

## VERIFYING YOUR SCORES

Score verification services include the Student Answer Services for the SAT, explained at sat.org/verify-scores. You can request a more comprehensive multiple-choice hand-scored verification or essay score verification or both, up to five months after the test date, by printing and completing a Request for SAT Score Verification form, available at sat.org/verify-scores. Read the information on the form carefully before requesting this service. There is a fee for this service. If you used a fee waiver to pay SAT registration fees, the score verification fee will be reduced.

## REPORTING

Score reports will be automatically provided to you and your high school and to the institutions you designate as part of your registration. You and your high school will see all of your scores, but your designated score recipients will only see the scores associated with your registration (unless you change the default in your

online account).
- The colleges you choose to receive score reports will have access to a copy of your essay if you took the SAT with Essay.
- Each time you take the SAT, SAT with Essay, or an SAT Subject Test, the scores are added to your College Board record. All of your scores are reported to your high school.
- You can order additional score reports. They'll be sent to your designated colleges 1–3 weeks after the request is received.
- If you want to change where your scores are sent, you have until 9 days after the published test date to alter your 4 free score reports at no charge. After that, you'll be charged the additional score report request fee for any added or changed report requests.
- Score Choice lets you choose which scores are sent.

**About Score Choice**
Score Choice is an option that lets you choose which scores you send to selected colleges for admission purposes and which scores you send to selected scholarship programs. Please note that different colleges and scholarship programs use SAT scores in different ways.

- College and scholarship program–specific SAT score-use practices referenced in Score Choice materials are based on information provided to us by each participating college or scholarship program.
- The description of a particular SAT score-use practice in the Score Choice materials might not include every aspect of how a college or scholarship program uses a student's score for admission decisions; additionally, SAT score-use practices for a particular college or scholarship program may change periodically and may not be automatically updated in Score Choice. We recommend that you verify the SAT score-use practices of the colleges or scholarship programs you're sending your scores to.
- We're not responsible for the accuracy of the information or the consequences of your decisions.
- Your high school will continue to have access to all of your scores.

**SENDING SCORES TO COLLEGE AND UNIVERSITY SYSTEMS**

The reports received by you, your high school, and colleges contain scores that have been converted to the College Board's 200–800-point scale. The SAT includes additional scores that offer insights into your skill levels. The College Board doesn't use either your raw score or your reported scaled score by itself or in combination with any other information to predict your individual future academic performance at specific postsecondary institutions. However, the College Board does help individual colleges and universities use and interpret SAT and SAT Subject Test scores. Test scores are the property of the College Board.

In certain college and university systems, once you submit your score to one school, other schools in that system will also have access to your score. However, if you're applying to more than one school in a college or university system, it's still important for you to send your SAT scores to each individual school. If you're not sure whether the school you're applying to is part of such a system, contact the school's admission office.

If you've decided to participate in the Student Search Service, colleges and universities may identify you to give you materials about college admission and financial aid. Student Search Service does not report your course grades, test scores, phone numbers, or Social Security number to these organizations, but organizations can request student information based on a variety of criteria, which may include score range or other variables such as geographical location or expressed interests.

**Scholarships**

The College Board automatically reports scores to certain U.S. government and state scholarship programs, such as the Presidential Scholars Program, to be used as one source of information to recognize student achievement. The College Board automatically reports scores and identifying information (including email address) for Presidential Scholar consideration for test takers in all states, the District of Columbia, U.S. territories, and Puerto Rico, and for U.S. citizens abroad so you don't have to use one of your free score reports.

**Releasing Your Scores to the New York State Scholarship Program:** The New York State Scholarship

Program requires that New York State students who wish to be considered for the Robert C. Byrd Honors Scholarships and Regents Scholarships at Cornell University on the basis of their SAT scores take the SAT before November 1, 2019. The latest published SAT administration date that meets this deadline is October 5, 2019.

The New York State Standardized Testing Law requires that you specifically authorize sending all reports. Your SAT scores and other information from your record will be sent to the scholarship program if you authorize the release of your scores when you apply for a scholarship. To do that, answer "yes" and sign the score release statement in the scholarship application. There's no fee when your report is sent to the New York State Scholarship Program. Scholarship application forms are sent by the State Education Department to principals of all high schools in New York State in December or January.

The College Board releases to the New York State Scholarship Program names, addresses, and other identifying information of seniors who registered to take the SAT prior to November 1, 2019, who are New York State residents and applied for scholarship(s). These are matched to student files and the scores of all students who authorized their release are sent to the program. If you don't want your name and address released for this purpose, notify **The College Board SAT Program, NYS Scholarship Program, P.O. Box 025505, Miami, FL 33102**.

**Keeping Scores on File** Your test scores, your responses to the SAT Questionnaire, and related personal information that you provide to the College Board become part of your student record and are kept indefinitely, unless you tested before entering the ninth grade. If you test in the eighth grade or before, your scores are removed from your file at the end of the school year when you tested. If you don't want your scores removed, you must let us know before the end of August of the academic year you tested. Send a letter, signed by you and your parents, requesting that the College Board keep your scores. Please include your name, your identification information, registration number, and test date. Send to: The College Board SAT Program, Attention: Talent Search Scores, P.O. Box 025505, Miami, FL 33102.

### Ordering Older Scores

Scores can be ordered for test takers who tested before 2005. Older scores must be ordered using the paper form available at **sat.org/scores** or by contacting Customer Service. We will charge an additional fee to cover the cost of looking up your scores, whether or not scores can be located. The normal response time for score delivery may not apply. Some older scores may take longer to locate, and the College Board cannot guarantee that older scores can always be retrieved.

Official score reports sent to colleges five or more years after a test date will include a message explaining that they may be less valid predictors of college academic performance than more recent scores would be. This message also notifies colleges that for SAT Subject Tests, the test taker's knowledge of the subject may change given additional study in the area, and scores may become less valid predictors within a shorter time period.

### REQUIRED INFORMATION FOR STUDENTS TESTING IN CALIFORNIA OR NEW YORK STATE

The California Education Code requires that you be given certain information about the purposes of the tests, property rights of the test subject and test agency to the test scores, procedures for releasing score reports, and score interpretation.

Statistical information related to the use of test scores in predicting future grade point averages must be provided to test takers prior to the administration of the test or coinciding with the initial reporting of test scores.

The New York State Standardized Testing Law requires that certain information concerning the purposes of the test, property rights of the test taker and test agency to the test scores, test fairness and equity, procedures for releasing score reports and for reviewing challenges about test questions, and score interpretation be given to test takers along with the registration form or score report.

The information for both California and New York State test takers is furnished in *The SAT and SAT Subject Tests Student Registration Booklet* and in the materials included with score reports. Complete descriptions of the content of the tests, along with information on test preparation and sample questions, are provided in the booklets *The SAT Student Guide* and *The SAT Subject Tests Student Guide*, which are available free of charge from school offices for students who plan to register for these tests.

See how to request our SAT Answer Verification Services: Question-and-Answer Service (QAS) and Student Answer Service (SAS) at sat.collegeboard.org/scores/verify-sat-scores. In addition, students who took the SAT in California in December 2018 can review the test questions under secure conditions at the ETS Western Field Office in Concord, Calif., by calling (925) 808-2000.

**Predicting College Grades**

The main purpose of the SAT is to determine how prepared students are to succeed, both in college and in career training programs. Because the SAT assesses the content that research shows matters most for college and career readiness, SAT scores provide meaningful information about a student's likelihood of success in college. But the SAT should not be used as the sole source of information for high-stakes decisions.

A pilot predictive validity study was conducted in the fall semester of 2014 to give colleges and universities information about the relationship between the SAT and college grades. Under standardized conditions, 2,050 first-time, first-year students across 15 four-year institutions were administered a pilot form of the redesigned SAT. First-year college performance data—courses taken and grades in those courses— for those students provided by the institutions in June 2015 inform the relationship of the predictive validity of redesigned SAT scores. Results of this research indicate that SAT scores, in combination with a student's high school GPA, predict freshman GPA more accurately than SAT scores or high school GPA alone. For the students in the study, the multiple correlation between both SAT scores and high school and freshman GPA is 0.58. The correlation between the Evidence-Based Reading and Writing section scores and freshman GPA is 0.51, and between the SAT Math section scores and freshman GPA is 0.49. For both sections (SAT Evidence-Based Reading and Writing and SAT Math), the correlation with freshman GPA is 0.53, while the correlation between high school GPA and freshman GPA is 0.48. The combination of SAT scores and high school GPA raised the correlation 0.05 over SAT scores alone, and 0.10 over high school GPA alone. All correlations are adjusted for restriction of range to account for enrolled students' narrower band of scores as compared to the wider range of scores observed in an applicant pool.

The College Board is committed to maintaining and improving the high level of technical quality of the SAT as well as its rigorous validity research agenda. The results of ongoing research into the redesigned SAT will be released as they become available. Find out more at sat.org.

**Procedures to Ensure Fairness and Equity**

All SAT Program test questions and editions of the tests are reviewed by external, independent educators from throughout the United States. These reviews help ensure that wording and content are unambiguous and relevant and that the language used is not offensive to or inappropriate for any particular group of students based on race/ethnicity or gender. The test as a whole includes references to men and women, as well as to individuals from varied racial, ethnic, and cultural backgrounds. Questions that were statistically harder than expected for a particular group of students to answer correctly based on their performance on other items in the test are excluded from the tests.

**RESTRICTED REGISTRATIONS**

As a United States-based corporation, the College Board, along with our representatives overseas, is subject to U.S. economic sanctions, laws, and regulations. We are therefore prohibited from providing testing services to or accepting registrations from persons residing in certain areas, or designated by the U.S. government as Specially Designated Nationals and Blocked Persons (collectively, "Sanctioned Persons"), unless specifically licensed or otherwise authorized by the U.S. government. Payments submitted by or for such Sanctioned Persons may have to be placed in a blocked, interest-bearing account at a U.S. financial institution. If payment is not blocked under U.S. law, it may be returned to the registrant. If, however, a payment is blocked under U.S. law, the registrant may contact the U.S. Treasury Department's Office of Foreign Assets Control ("OFAC"). The list of countries contained in this section is subject to change. Contact SAT Customer Service  to obtain the current list of restricted countries. Additional information about the U.S. government's sanctions programs and contact information for OFAC are available at treasury.gov/resource-center/sanctions/Programs/Pages/Programs.aspx.