# WILMERHALE

July 23, 2019

**VIA ECF**

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

Honorable Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *John Doe #1 et al. v. The College Board*, No. 19-cv-6660 (LGS)

Dear Judge Schofield,

This firm represents the College Board in the above-referenced matter. I write in response to Plaintiffs' letter dated July 22, 2019. ECF No. 8. In the Court's Order dated July 18, 2019, ECF No. 7, the Court requested that Plaintiffs file a letter stating whether they "consent to arbitration." The Order also stated that "[i]n the event they do not consent, Plaintiffs shall propose a briefing schedule (preferably on consent)" and that "[i]n the event the parties cannot agree on a schedule, Plaintiffs shall report the parties' respective proposed dates." *Id.*

Although Plaintiffs' letter indicates that they do not consent to arbitration, Plaintiffs did not include a suggested briefing schedule. Nor did the letter communicate the College Board's proposed schedule, which I offered to Plaintiffs yesterday (July 22). Plaintiffs did not respond to the College Board's proposal before filing their letter.

The College Board respectfully requests that the Court so-order the following proposed schedule:

- August 21, 2019 – The College Board files its opening arbitration motion;
- September 11, 2019 – Plaintiffs file their opposition; and
- September 25, 2019 – The College Board files its reply.

We are, of course, available to discuss this or any other matter.

Respectfully submitted,


*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld

cc:     All counsel of record (via ECF)

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    Washington