

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2019

July 23, 2019

**VIA ECF**

Alan E. Schoenfeld

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

Honorable Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *John Doe #1 et al. v. The College Board*, No. 19-cv-6660 (LGS)

Dear Judge Schofield,

This firm represents the College Board in the above-referenced matter. I write in response to Plaintiffs' letter dated July 22, 2019. ECF No. 8. In the Court's Order dated July 18, 2019, ECF No. 7, the Court requested that Plaintiffs file a letter stating whether they "consent to arbitration." The Order also stated that "[i]n the event they do not consent, Plaintiffs shall propose a briefing schedule (preferably on consent)" and that "[i]n the event the parties cannot agree on a schedule, Plaintiffs shall report the parties' respective proposed dates." *Id.*

Although Plaintiffs' letter indicates that they do not consent to arbitration, Plaintiffs did not include a suggested briefing schedule. Nor did the letter communicate the College Board's proposed schedule, which I offered to Plaintiffs yesterday (July 22). Plaintiffs did not respond to the College Board's proposal before filing their letter.

The College Board respectfully requests that the Court so-order the following proposed schedule:

- August 21, 2019 – The College Board files its opening arbitration motion;
- September 11, 2019 – Plaintiffs file their opposition; and
- September 25, 2019 – The College Board files its reply.

We are, of course, available to discuss this or any other matter.

Respectfully submitted,

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld

cc: All counsel of record (via ECF)

Defendant's motion to compel arbitration shall be filed by August 21, 2019. By September 11, 2019, Plaintiffs shall file their Opposition. By September 25, 2019, Defendant shall file its Reply. The Parties shall otherwise comply with the Court's Individual Rules. SO ORDERED.

Dated: July 23, 2019
New York, New York

**LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE**

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007

Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Palo Alto    Washington