UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE #1, JANE DOE #2, JOHN and JANE DOE #3 THROUGH #50,<br><br>Plaintiffs,<br><br>v.<br><br>THE COLLEGE BOARD,<br><br>Defendant. | Case No. 19 Civ. 6660 (LGS) |

## NOTICE OF DEFENDANT'S MOTION TO STAY LITIGATION PENDING ARBITRATION PURSUANT TO 9 U.S.C. § 3

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Stay Litigation Pending Arbitration Pursuant to 9 U.S.C. § 3, the College Board moves this Court, before the Honorable Lorna G. Schofield, in Courtroom 1106, at the Thurgood Marshall United States Courthouse, 40 Foley Square New York, New York 10007, on a date and time to be determined by the Court, for an order pursuant to 9 U.S.C. § 3, staying this action pending arbitration, and granting any such further relief as this Court deems just and proper.

Dated: New York, New York
August 21, 2019

Respectfully submitted,

/s/ *Alan E. Schoenfeld*
Alan E. Schoenfeld
Adam Amir
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 937-7294
Fax: (212) 230-8888

Bruce M. Berman
WILMER CUTLER PICKERING

  Hale and Dorr LLP
1875 Pennsylvania Avenue N.W.
Washington, DC  20006
Tel: (202) 663-6173

*Attorneys for the College Board*