```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                        :
JOHN DOE #1, et al.,                                        :
                                Plaintiffs,   :
                                                        :       19 Civ. 6660 (LGS)
                  -against-                    :
                                                        :       **ORDER**
THE COLLEGE BOARD,                         :
                                Defendant.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on July 18, 2019, a hearing was held regarding Plaintiffs' motion for a preliminary injunction and temporary restraining order ("TRO motion") (Dkt. Nos. 6-7). It is hereby

**ORDERED** that Defendant shall file an affidavit or other evidence by **February 17, 2020**, substantiating the factual representations defense counsel made at the hearing**,** particularly regarding the process through which Defendant first identified patterns of suspicious behavior, identified a cluster of students as potentially having engaged in misconduct and then placed test takers in either the "validity" or "invalidity" process (*see* Dkt. No. 12 at 4-7). It is further

**ORDERED** that if Plaintiffs have evidence to the contrary, they shall file an affidavit or other evidence so stating by **February 17, 2020**. It is further

**ORDERED** that, by **February 17, 2020**, Plaintiff shall publicly file on ECF the TRO motion, and the parties shall publicly file all related court papers that have not yet been filed. To the extent a party believes that any portion of such filings should be filed under seal, that party shall file a motion for redaction or sealing in accordance with Judge Schofield's Individual Rules by **February 17, 2020**. The parties should note that the procedure for filing documents with redactions has been recently updated.

Dated: February 10, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**