UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2020___

-------------------------------------------------------X
                                  :
  JOHN DOE #1, et al.,                  :
                       Plaintiffs,  :
                                 :           19 Civ. 6660 (LGS)
         -against-              :
                                 :             **ORDER**
  THE COLLEGE BOARD,          :
                     Defendant.  :
-------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on February 18, 2020, an Order was issued, requiring Plaintiffs to file their

Reply Affidavit at Dkt. No. 25 on ECF (Dkt. No. 27);

      WHEREAS, on February 24, 2020, an Opinion and Order was issued, granting

Defendant's motion to compel arbitration and staying the case (Dkt. No. 29).  It is hereby

      **ORDERED** that Plaintiffs shall file the Reply Affidavit at Dkt. No. 25 on ECF by

**February 27, 2020**.  It is further

      **ORDERED** that the parties shall file a joint status letter with the Court by **April 9, 2020**,

and every 45 days thereafter, providing an update as to the status of arbitration.


Dated: February 25, 2020
      New York, New York

                                 LORNA G. SCHOFIELD
                          UNITED STATES DISTRICT JUDGE